IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHNNY SHANNON FUTRAL, # 201076, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> JOHN CROW, *et al.,* ) <br> ) <br> Respondents. ) | Civil Action No. 2:16cv967-WHA <br> (WO) |

## **ORDER**

On January 18, 2019, the Magistrate Judge filed a Recommendation (Doc. # 11) to which no timely objections have been filed. Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that

(1) The Recommendation (Doc. # 11) is ADOPTED;

(2) Petitioner's petition for writ of habeas corpus under 28 U.S.C. § 2254 (Doc. # 1) is DENIED because it was filed after expiration of the one-year limitation period in 28 U.S.C. § 2244(d); and

(3) This case is DISMISSED with prejudice.

A separate final judgment will be entered.

DONE this 8th day of February, 2019.

    /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE